MAY 11, 1961

**No. 65613.**—Bushnell International, Inc. *v.* United States, protest 58/18078.——C.D. 2244.

Plaintiff's application for rehearing granted.